1   JOHN R. HILLSMAN (SBN 71220)
    jrhillsman@mhpsf.com
2   McGuinn, Hillsman & Palefsky
3   535 Pacific Avenue, Suite 100
    San Francisco, CA  94133
4   Telephone:   (415) 421-9292
5   Facsimile:    (415) 403-0202

6
    Attorneys for the Plaintiffs
7

8
                    UNITED STATES DISTRICT COURT
9

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12   LYNN BROOKS,                    )  Case No. 8:19-cv-01314 JVS (JDEx)
     individually, and as Personal   )
13   Representative of the Estate     )
14   of HOWARD WELDON,                )
     Deceased, and ANDREW            )  **ORDER CONTINUING THE**
15   WELDON,                          )  **AUGUST 26, 2019 RULE 26(f)**
                                      )  **SCHEDULING CONFERENCE**
16                                    )
17              Plaintiffs,           )
        vs.                           )  NEW DATE: OCTOBER 28, 2019
18                                    )  TIME: 10:30 a. m.
19   PADI WORLDWIDE                   )  LOCATION: Courtroom 10C
     CORP., a California              )
20   Corporation;                     )
21   PROFESSIONAL                     )
     ASSOCIATION OF                   )
22   DIVING INSTRUCTORS, a            )
23   California Corporation; and      )
     DIVING SCIENCE &                 )
24   TECHNOLOGY CORP., a              )
25   California Corporation,          )
                                      )
26              Defendants.           )
27   _____

28

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
(415) 421-9292

The parties' Stipulation Continuing the August 26, 2019 Rule 26(f) Scheduling Conference having been reviewed and considered, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Rule 26(f) Scheduling Conference herein initially set for August 26, 2019 be, and hereby is, continued to Monday, October 28, 2019, at 10:30 a.m.

IT IS FURTHER ORDERED AS FOLLOWS:

DATED:  August 22, 2019

_____
HON. JAMES V. SELNA
United States District Judge

McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA 94133
(415) 421-9292

---

[Proposed] Order Continuing August 26, 2019 Scheduling Conference

2